1:13-CR-218

March 7, 2014

Hon. Gary L. Sharpe
Chief Judge - US District Court

Dear Sir

I implore you to order Patricia Alfieri into a treatment program for her long standing alcohol addiction and also treatment for her Anti-Social Behaviors (this pattern of lies and stealing is escalating). For the sake of everyone and especially her 2 children (April - 19 & Nathan 18) please sentence Pat to the maximum amount. Her children are suffering emotionally & financially from all she has done to them over the years. Example - Nathan unable to register for Spring Semester at SUNY due to insufficient funds - Pat had stolen $3,000.00 from his student account - then wrote 2 "phony" checks to try & cover this up. We have paid this for him. April received a letter from National Grid stating heat will be turned off 3/17/14 due to a $6,800 bill in her name dating back to 2010. We are trying to solve this. Both are on the Deans list April - SIENA & Nathan - SUNY. They need to be free of her (Pat) & her severe problems for at least six (6) years to allow April to finish SIENA & Med School & Nathan to finish

SUNY and Law School. They have the support of us (Grandparents & extended family).

Attached is a list of problems Pat has created over the years. They include Federal, State, County & local - Sunderland crimes going as far back as 1985.

Thank you,
Barbara Foley
(Pat's mother)

List ____ given from ____ client to ____ aprox 1985

March 2014 - Nathan received letter from bank his account closed - no funds - He never opened this account

Feb 2014 - Warrant for arrest - did not show up for court date at Guilderland - owes $680 in fees

Feb 2014 - Daughter (april) license revoked because Pat didn't pay registration on truck & had put truck in daughters name

March 2014 - Owner of Hense Farm - where Aprils horse is kept - Starting court proceedings because of money owed. Also states Pat owes several Vets in area for care of horse.

March 2014 - National Grid owed $6,800 - Pat put account in daughters name & now they expect payment from April. Heat to be shut off 3/17/14

Feb 2014 - Pat didn't pay medical insurance for children - They have no insurance (we are working on this)

Dec 2013 - Stole $3000 from sons SUNY account & wrote 2 bad checks to try & cover this up

Dec 2013 cont - Nathan has had several mc + VISA cards taken out in his name + unpaid. Pat also stole $1,500 in cash he received at graduation in 2013. He has also had numerous bad checks written by Pat in his name.

April has 8 poor credit ratings dating back as far as 1999 when she was 5 years old. Pat took out mc/VISA in April's name + unpaid. Opened bank accounts + wrote bogus checks. She has emptied out April's own bank account where she (april) deposited her money from a PT job at CVS.

Nov 9 2013 — Pat arrested for operation of a motor vehicle c̄ a suspended registration + aggravated unlicensed operation of a motor vehicle + operation of a vehicle with no insurance (Nathan's car) Car towed away

Nov 10 2013 — Pat arrested the next day for all above citations (April's car) Pat sent to jail - Bail set - $250. pd by her sister + she was released.

Oct 2013 -
- April arrested for driving a car (in Pats name) c a suspended registration. April unaware of suspension & her license was suspended - We helped her become re-instated after paying fine.

Sept 2013
- Pat arrested - 2 counterfeit checks written & deposited in Nathans account

Sept 2013
- Both Nathan & April lost their licenses & the right to put their cars on the road for 9/13 → 3/14 - due to Pat not paying insurance or registration

May 29 Pat arrested - Federal indictment
2013  sent 65 bogus checks totalling $3.6 million dollars - during the period of 2005 - 2013
5 counts mail fraud
1 count obstructing internal revenue laws
3 counts of false tax returns
Obtained $87,000 for these endeavors
May not open lines of credit or incur new credit.

June arrested by NYS - 2013

Previous problems - dates unknown

2013   Pat wrote a √ for $4,875 - only $15 in account

↓

1985   Ex Husband states she stole his credit card & charged $700 —

She wrote checks on a friend's account & was arrested on 2 Grand Larceny & 4 D felonies - To jail

2013   Ex Husband states she stole his pension & she also stole from Dunkin Donuts when she was working there & has spent time in jail for this.

↓

Pat started taking credit cards out in her childrens names when they were 4 & 5 years old & not paying charges -

1985   Evicted from home - non payment of rent

Fahey
803 Rainbow Drive
Johnstown, N.Y.
12303

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
MAR 10 2014
LAWRENCE K. BAERMAN, CLERK
ALBANY

Hon. Gary L. Sharpe
Chief Judge - US District Court - Northern District of N.Y.
James T. Foley Courthouse - Suite 509
445 Broadway
Albany, N.Y. 12207